**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

F I L E D

NOV 2 0 2017

Clerk, U S. District & Bankruptcy
Courts for the District of Columbia


| | |
|---|---|
| DEBORAH FLETCHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 17-2153 (UNA) |
| | ) |
| CELCUEAL GREEN, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's application for leave to proceed *in forma pauperis* and *pro se* complaint. The application will be granted but the complaint will be dismissed.

The instant complaint is substantially similar to that filed in two recent lawsuits, *see Fletcher v. Thomas*, No. 17-2154 (D.D.C. filed Oct. 13, 2017); *Fletcher v. Thomas*, No. 17-2152 (D.D.C. filed Oct. 13, 2017), and it will be dismissed as duplicative.

An Order is issued separately.

_____
United States District Judge

DATE: November 17th, 2017